# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandra Acevedo,<br><br>             Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>             Defendant. | **NO. CV-21-01221-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 14, 2022, the final decision of the Commissioner of Social Security is reversed and judgment is entered in favor of Plaintiff.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

January 14, 2022

By   s/ W. Poth<br>
      Deputy Clerk